UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| In re: Eric S. Levitt | ) | |
| | ) | Chapter 7 |
| | ) | Case No. **24-10035** |
| Debtors. | ) | |

**TRUSTEE'S STATUS UPDATE**

**NOW COMES Jeffrey Piampiano** (the "**Trustee**"), the duly appointed, qualified, and acting trustee for the bankruptcy of Eric S. Levitt (the "**Debtors**"), and in response to the *Request to the Trustee to Provide an Update on Case Status* (the "**Status Request**"), the Trustee provides the following *Trustee's Status Update* (the "**Status Update**") as follows: The Debtors case remains open so that the Trustee may continue his investigation into the Debtors pre-petition financial affairs in accordance with 11 U.S.C. § 704(a)(4), including the sale of certain of the Debtor's assets.

**WHEREFORE**, the Trustee requests (a) that this Status Update be deemed to satisfy the Status Request, and (b) for such other and further relief as is just and equitable.

Dated: October 15, 2025

*/s/ Jeffrey T. Piampiano*
Jeffrey T. Piampiano
*Chapter 7 Trustee*
Trustee PO Box 10378
Portland, Maine 04101-2480
Telephone: (207) 772-1941
E-mail: trustee@dwmlaw.com

## CERTIFICATE OF SERVICE

I, Jeffrey T. Piampiano, Trustee, hereby certify that I am over eighteen years of age and that on the 2nd day of September, 2025, I caused a true copy of the following documents to be served on the parties listed below and in the manner so indicated.

***1. Trustee's Status Update.***

Dated: September 2, 2025

/s/ *Jeffrey T. Piampiano*

Jeffrey T. Piampiano, Trustee PO Box 10378
Portland, Maine 04101-2480
Telephone: (207) 772-1941
E-mail: trustee@dwmlaw.com

***Via ECF*:**

- All parties on the Court's Electronic Case Filing System for the United States Bankruptcy Court for the District of Maine in the above-captioned case.